IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILIP W. WILLIAMSON,
    Plaintiff,

vs.                                         Case No. 5:12-cv-390-LC-GRJ

KENNETH S. TUCKER,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 15, 2013 (Doc. 13). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1406(a) and 1915(e)(2)(B)(i), as the suit was filed in the improper venue and is also time-barred.

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 2nd day of April, 2013.

                                                s/*L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**